UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-9688 CAS (MANx) | Date | January 31, 2012 |
|---|---|---|---|
| Title | CALIFORNIA MEDICAL ASSOCIATION, ET AL. v. TOBY DOUGLAS, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: Not Present | | Attorneys Present for Defendants: Not Present |

**Proceedings:**    (In Chambers:) INTERVENOR'S EX PARTE REQUEST TO BENEFIT FROM PRELIMINARY INJUNCTION

     At oral argument, plaintiff Adult Day Health Care Association ("ADHCA") moved ex parte to intervene in order to benefit from the terms of any preliminary injunction ordered by the Court. While permitting intervention, the Court denied ADHCA's request for ex parte relief and directed it to file a noticed motion to enable all parties to brief the issues.

     IT IS SO ORDERED

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |